IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LUCINDA GUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-6254-HO |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THE GUARDIAN PRESS FOUNDATION, | ) | |
| INC., an Oregon Corporation doing | ) | |
| business as the Oregon Observer, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

This court has previously denied third party plaintiff Roger Weidner's motion for summary judgment and granted summary judgment motions disposing of his claims. This court has also reconsidered its orders, upon Weidner's request, and affirmed the granting of summary judgment against his claims. Weidner now seeks to have the court set aside the order dismissing his third party complaint and grant his renewed motion for summary judgment (#103). The motion

1 - ORDER

is denied.

DATED this 26th day of October, 2005.

Michael R. Hogan
United States District Judge